# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**RANDY MICHAEL PEREZ (#622112)**

**VERSUS**

**JOHN BEL EDWARDS, ET AL.**

**CIVIL ACTION**

**NO. 20-29-JWD-EWD**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report (Doc.18) dated February 23, 2021, to which an objection was filed and considered, (Doc. 19),

**IT IS ORDERED** that Plaintiff's Motion to Amend Complaint (Doc.10) is DENIED, the Court declines to exercise supplemental jurisdiction over Plaintiff's potential state law claims, that his federal claims are DISMISSED WITH PREJUDICE as legally frivolous and for failure to state a claim pursuant to 28 U.S.C. §§ 1915 and 1915A,[1] and that this case shall be CLOSED.

**IT IS FURTHER ORDERED** that Plaintiff's request for a preliminary injunction (Doc. 15) is DENIED.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on March 10, 2021.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

1  Plaintiff is advised that 28 U.S.C. § 1915(g) provides that, "In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section [Proceedings in forma pauperis] if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." Should this Report and Recommendation be adopted, the Ruling in this matter will constitute a strike.